# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAA A. CINQUE, | 3:11-cv-00490-LRH-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| KELLY BELANGER, *et al.*, | |
| Defendant(s) | |

Before the court is plaintiff's Motion for Summons and Sanctions. (Doc. #15.) In plaintiff's motion he seeks to have the court require the Attorney General to accept service on behalf of defendant Vance Perino, to order a monetary sanction against defendants and further to order the Attorney General to comply in a "timely manner" to all court orders and/or issue a summons for Vance Perino. Defendants have filed a limited opposition (Doc. #18) indicating that the Attorney General did not accept service on behalf of defendant Perino because Mr. Perino is not a current employee of the Nevada Department of Corrections. Defendants oppose the entry of sanctions. Defendants have provided the last known address of Vance Perino under seal. (Doc. #17.). Plaintiff has replied to defendants' limited opposition (Doc. #21).

Good cause appearing, plaintiff's motion (Doc #15) will be granted in part and denied in part, as follows:

**IT IS ORDERED** that the Clerk shall issue a Summons for defendant Vance Perino.

**IT IS FURTHER ORDERED** that the clerk shall provide to the United States Marshal (1) a copy of this Order, and (2) the summons for defendant Vance Perino along with the address provided

under seal (Doc. #17).

**IT IS FURTHER ORDERED** that the clerk shall send to plaintiff (1) a USM-285 form, (2) a copy of plaintiff's Complaint (Doc. #7-1), and (3) a copy of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it along with the other documents, to the United States Marshall for service.  After plaintiff receives information from the Marshal regarding whether or not defendant Perino has been served, plaintiff shall file a Notice, forthwith, informing the Court of the status of that service.

Plaintiff's request for sanctions is **DENIED.**

DATED:   February 1, 2012

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE