UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JAMAA ANTHONY CINQUE, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00490-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| KELLY R. BELANGER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#54[1]) entered on April 12, 2013, recommending dismissing without prejudice defendants Belanger and Lindberg and granting summary judgment in favor of defendant Perino. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#56) on April 29, 2013, and Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#58) on May 13, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the opposition of the Defendants, the pleadings and memoranda of the parties and other

---

[1] Refers to court's docket number.

relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#54) entered on April 12, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#54) entered on April 12, 2013, is adopted and accepted, and defendants Belanger and Lindberg are **DISMISSED without prejudice**.

IT IS FURTHER ORDERED that summary judgment is **GRANTED in favor of defendant Perino**.

IT IS SO ORDERED.

DATED this 29th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE